ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2007 AUG 30 A 8 42

CLERK _Bill McCarthy_
SO. DIST. OF GA.

WILLIE FRANK BURKE,          )
                             )
        Petitioner,          )
                             )
    v.                       )        CV 106-171
                             )         (Formerly CR 105-120)
UNITED STATES OF AMERICA,    )
                             )
        Respondent.          )

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

this Court. Therefore, Petitioner's § 2255 motion is **DENIED**, this civil action is **CLOSED**,

and the Clerk is **DIRECTED** to enter a final judgment in favor of Respondent.

SO ORDERED this 30th day of August, 2007, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE